## A00A2394. NOLAN ROAD WEST, LTD. v. PNC REALTY HOLDING CORPORATION OF GEORGIA et al.
### (569 SE2d 603)

BARNES, Judge.

Division 2 of the decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Nolan Road West v. PNC Realty Holding Corp. &c.*, 274 Ga. 742 (559 SE2d 447) (2002), that portion of our decision in *Nolan Road West v. PNC Realty Holding Corp. &c.*, 248 Ga. App. 248 (544 SE2d 750) (2001), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed as to Division 2. Blackburn, C. J., and Eldridge, J., concur.*

### DECIDED JULY 24, 2002.

*Chamberlain, Hrdlicka, White, Williams & Martin, James L. Paul, Matthew J. McCoyd*, for appellant.

*Parker, Hudson, Rainer & Dobbs, J. Marbury Rainer, Charles W. Lyons*, for appellees.